[No. 34022-1-I.    Division One.    September 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE
WAYNE MACOM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-01605-7, Frank Sullivan, J., entered
January 24, 1994. *Reversed* by unpublished opinion per
Baker, C.J., concurred in by Coleman and Grosse, JJ.

[No. 35506-6-I.    Division One.    September 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKEY
LEE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-04242-1, Faith Enyeart Ireland, J.,
entered October 17, 1994. *Affirmed in part* and *reversed in
part* by unpublished per curiam opinion.

[No. 35672-1-I.    Division One.    September 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL
MANASSA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-04935-2, Arthur E. Piehler, J., entered
November 16, 1994. *Affirmed in part* and *remanded* by un-
published per curiam opinion.

[No. 37679-9-I.    Division One.    September 2, 1997.]

LEANNE CHRISTENSEN, *Appellant*, v. THE
DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-2-02139-3, David A. Nichols, J.,
entered October 31, 1995. *Affirmed* by unpublished opinion
per Baker, C.J., concurred in by Kennedy and Cox, JJ.